■ MORRISON COHEN SINGER & WEINSTEIN, Respondent, v RICHARD KAHN, Appellant, et al., Defendant. [640 NYS2d 755] —Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about September 5, 1995, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Ellerin, Williams and Mazzarelli, JJ.